DANIEL SPINK *vs.* N. Y., N. H. & H. R. R. COMPANY.

WASHINGTON—DECEMBER 29, 1902.

PRESENT : Stiness, C. J., Tillinghast and Rogers, JJ.

(1)  *Railroads.   Statutes.   Injuries by Fires from Sparks.*

The terms of the act passed at the June session, 1836, amending the charter of the New York, Providence & Boston R. R. Company, making the company liable for damage caused by fire from its engines, embracing the burning of "houses, wood, hay, *or any other substance whatever,*" are broad enough to cover all kinds of property so burned.

Debt under statute passed June session, 1836, amending charter of New York, Providence & Boston R. R. Co. For full discussion of this act see *McDonald* v. *R. R. Co.*, 23 R. I. 558. Heard on demurrer to declaration, and demurrer overruled. ·

(1)    Per Curiam. The terms of the act making the defendant liable for damage caused by fire from its engines, embracing the burning of "houses, wood, hay, or any other substances whatever," are broad enough to cover all kinds of property so burned.

The demurrer to the declaration is overruled.

*William B. Greenough* and *James C. Collins, Jr.*, for plaintiff.

*John W. Sweeney*, for defendant.